UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br> MIGUEL ANGEL PEREZ VEGA,<br><br>                                    Defendant. | Case No.:  21cr1764 WQH<br><br>**ORDER** |

HAYES, Judge,

   Upon the motion of the Government, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Indictment against MIGUEL ANGEL PEREZ-VEGA in this case is dismissed without prejudice.

Dated:  September 7, 2021

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court

1

21cr1764 WQH